NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-1707

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00639 and IPR2023-00204.

-------------------------------------------------

**NETLIST, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

_____

2024-1859, 2024-1863
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00996, IPR2022-00999, IPR2023-00405, and IPR2023-00406.

----------------------------------------------------

**NETLIST, INC.,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,**
*Defendants-Appellants*
_____

2024-2203
_____

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00463-JRG, Chief Judge J. Rodney Gilstrap.

----------------------------------------------------

**NETLIST, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS,**

**LLC,**
*Appellees*

───────────────

2024-2240, 2024-2241

───────────────

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01427, IPR2023-00883, IPR2022-01428, and IPR2023-00882.

───────────────

PER CURIAM.

# O R D E R

Upon consideration of the above-captioned appeals involving the same patents and claim terms,

IT IS ORDERED THAT:

The appeals shall be treated as companion cases and assigned to the same merits panel. The respective due dates for briefing are unchanged.

FOR THE COURT

September 12, 2024
Date

Jarrett B. Perlow
Clerk of Court