No. 2024-1707

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

NETLIST, INC.,

*Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC.,
MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY
TEXAS, LLC,

*Appellees.*

---

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2022-00639 and IPR2023-00204

---

**APPELLEE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR
FILING APPELLEE'S RESPONSE BRIEF**

---

NOVEMBER 1, 2024

| | |
|---|---|
| Theodore W. Chandler | Michael Hawes |
| BAKER BOTTS L.L.P. | Lori Ding |
| 1801 Century Park East, Suite 2400 | BAKER BOTTS L.L.P. |
| Los Angeles, CA 90067 | 910 Louisiana St |
| (213) 202-5702 (telephone) | Houston, TX 77002 |
| ted.chandler@bakerbotts.com | (713) 229-1234 (telephone) |
| | michael.hawes@bakerbotts.com |
| | lori.ding@bakerbotts.com |
| Eliot Williams | |
| BAKER BOTTS L.L.P. | |
| 700 K Street, NW | |
| Washington, DC 20001 | |
| (202) 639-7700 (telephone) | |
| eliot.williams@bakerbotts.com | |

FORM 9. Certificate of Interest                                Form 9 (p. 1)
                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1707

**Short Case Caption** Netlist, Inc. v. Samsung Electronics Co., Ltd.

**Filing Party/Entity** Samsung Electronics Co., Ltd.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/01/2024              Signature: /s/ Michael Hawes

                              Name:      Michael Hawes

FORM 9. Certificate of Interest                                        Form 9 (p. 2)
                                                                        March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Samsung Electronics Co., Ltd. | Samsung Semiconductor, Inc. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

FORM 9. Certificate of Interest                                Form 9 (p. 3)
                                                               March 2023

| **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). |||
|---|---|---|
| ☐   None/Not Applicable | ☐   Additional pages attached ||
| Mark A. Speegle<br>Baker Botts L.L.P. | Sean Y. Lee<br>Baker Botts L.L.P. | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

| **6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). |||
|---|---|---|
| ☑   None/Not Applicable | ☐   Additional pages attached ||
| | | |
| | | |

# REQUEST FOR EXTENSION OF TIME

Pursuant to Federal Circuit Rules 26(b) and 27, Appellee Samsung Electronics Co., Ltd. ("Appellee") respectfully requests the following extension of time in which to file Appellee's response brief. Presently, Appellee's response brief is due to be filed on November 25, 2024. Appellee requests an extension of 45 days to file its response brief. Appellee's proposed extension would extend Appellee's due date to January 9, 2025.

As explained more fully in the attached Declaration of Michael Hawes (counsel for Appellee), Appellee submits that good cause exists for an extension. Appellee requests the additional time to accommodate ongoing professional commitments, obligations, and schedules of its counsel, and to provide Appellee with additional time to thoroughly prepare its response brief, which should be of assistance to the parties and the Court. Those obligations include:

- Preparation for the trial in the matter of *Viasat, Inc. v. Kioxia Corp.*, Case. No. 6:21-cv-01231-ADA, in which the trial was set to begin on October 28, 2024, in the Western District of Texas, Waco Division but has since been stayed;

- Preparation for the trial in the matter of *General Access Solutions, Ltd. v. Cellco Partnership d/b/a Verizon Wireless, et al*, Case. No. 2:22-cv-

00394-JRG, in which the trial is set to begin on December 6, 2024, in the Eastern District of Texas, Marshall Division;

- Brief due on November 6, 2024, in *KIOXIA CORP. V. VIASAT, INC.*, Case No. 24-1384, in the Federal Circuit.

Counsel for Appellee has conferred with counsel for Appellant Netlist, Inc. regarding its intention to file a motion for extension of time. Counsel for Appellant indicated that Appellant does not oppose this motion and will not file an opposition to this motion. This is Appellee's first request for an extension of time in this appeal.

For the foregoing reasons, Appellee respectfully requests this Court grant its unopposed motion and extend the deadline for Appellee to file its response brief to January 9, 2025.

| | |
|---|---|
| Date: November 1, 2024 | */s/ Michael Hawes*<br>Michael Hawes<br>Lori Ding<br>Baker Botts L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1750<br>Facsimile: (713) 229-7750<br>michael.hawes@bakerbotts.com<br>lori.ding@bakerbotts.com<br><br>Theodore W. Chandler<br>Baker Botts L.L.P.<br>1801 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>(213) 202-5702 (telephone)<br>ted.chandler@bakerbotts.com |

        Eliot Williams
        Baker Botts L.L.P.
        700 K Street, NW
        Washington, DC 20006
        (202) 639-7700 (telephone)
        eliot.williams@bakerbotts.com

        *Attorneys for Appellee, Samsung Electronics Co., Ltd.*

No. 2024-1707

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

NETLIST, INC.,

*Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC.,
MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY
TEXAS, LLC,

*Appellees.*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2022-00639 and IPR2023-00204

**DECLARATION OF MICHAEL HAWES IN SUPPORT OF
APPELLEE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR
FILING APPELLEE'S RESPONSE BRIEF**

I, Michael Hawes, hereby declare:

1. I am a Partner in the law firm of Baker Botts L.L.P. and a member of the bar of this Court.

2. I represent Appellee, Samsung Electronics Co., Ltd. ("Appellee") in this appeal. As principal attorney, I am responsible for writing Appellee's response brief in this appeal. I make this declaration in support of the accompanying

1

Appellee's Unopposed Motion to Extend Deadline for Filing Appellee's Response Brief.

3.  Appellant filed its opening brief on October 15, 2024. Appellee's response brief in this matter is currently due on November 25, 2024.

4.  Appellee seeks a 45-day extension of time to file its response brief, making Appellee's brief due on January 9, 2025.

5.  This is Appellee's first request for an extension of time in this appeal. There is good cause for this extension of time. I have obligations in other matters that make it difficult to complete Appellee's Response Brief by the current due date. Those obligations include:

- Preparation for the trial in the matter of *Viasat, Inc. v. Kioxia Corp.*, Case. No. 6:21-cv-01231-ADA, in which the trial was set to begin on October 28, 2024, in the Western District of Texas, Waco Division but has since been stayed;

- Preparation for the trial in the matter of *General Access Solutions, Ltd. v. Cellco Partnership d/b/a Verizon Wireless, et al*, Case. No. 2:22-cv-00394-JRG, in which the trial is set to begin on December 6, 2024, in the Eastern District of Texas, Marshall Division;

- Brief due on November 6, 2024, in *KIOXIA CORP. V. VIASAT, INC.*, Case No. 24-1384, in the Federal Circuit.

6. I have conferred with counsel for Appellant concerning this motion. Appellant does not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  November 1, 2024                     */s/ Michael Hawes*
                                                                           Michael Hawes
                                                                           Baker Botts L.L.P.
                                                                           910 Louisiana Street
                                                                           Houston, Texas 77002
                                                                           Telephone: (713) 229-1750
                                                                           Facsimile: (713) 229-7750

3

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This motion complies with the type-volume limitation of Federal Circuit Rule 32(a) or Federal Circuit Rule 28.1.

<u>X</u>   The motion contains 317 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) or

___ The motion uses a monospaced typeface and contains ___ lines of text, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f)

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6)

<u>X</u> The motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in a 14 point Times New Roman font, or

___ The motion has been prepared in a monospaced typeface using in a ___ characters per inch_____ font.

Dated: November 1, 2024                   */s/ Michael Hawes*
                                          Michael Hawes

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 1st day of November, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Michael Hawes*
Michael Hawes